1  J. Russell Stedman (117130)
   Jordan S. Altura (209431)
2  Kathleen E. Dyer (227216)
   BARGER & WOLEN LLP
3  650 California Street, 9th Floor
   San Francisco, California 94108
4  Telephone: (415) 434-2800
   Facsimile: (415) 434-2533
5
   Attorneys for Defendant
6  METROPOLITAN LIFE INSURANCE
   COMPANY
7
   Rachel G. Clingman (00784125)
8  Fulbright & Jaworski L.L.P.
   1301 McKinney, Suite 5100
9  Houston, Texas 77010
   Telephone: (713) 651-5513
10 Facsimile: (713) 651-5246

11 Attorneys for Defendant
   SOLVAY AMERICA, INC. EMPLOYEE
12 WELFARE PLAN

13 Frank N. Darras (128904)
   Michael B. Horrow (162917)
14 SHERNOFF BIDART & DARRAS, LLP
   600 South Indian Hill Boulevard
15 Claremont, CA 91711
   Telephone: (909) 621-4935
16 Facsimile: (909) 625-6915

17 Attorneys for Plaintiff
   JEFFREY G. KING
18

19                    UNITED STATES DISTRICT COURT
20
                      NORTHERN DISTRICT OF CALIFORNIA
21

22 JEFFREY G. KING              )   CASE NO.: C 05 1587 SI
                                )
23      Plaintiff,              )   **STIPULATION AND [PROPOSED]**
                                )   **ORDER CONTINUING CASE**
24      vs.                     )   **MANAGEMENT CONFERENCE**
                                )
25 METROPOLITAN LIFE INSURANCE  )   Case Management Conference Date: 8/19/05
   COMPANY; SOLVAY AMERICA, INC.)
26 EMPLOYEE WELFARE PLAN,       )
                                )
27      Defendants.             )
                                )
28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

I:\office7\7197\092\05Pleadings\Stipulation Continuing CMC.doc                                C 05 1587 SI
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Plaintiff Jeffrey G. King ("Plaintiff"), together with Defendants Metropolitan Life Insurance Company and Solvay America, Inc. Employee Welfare Plan (collectively "Defendants"), by and through their counsel of record, hereby stipulate to the following:

1. The parties wish to work toward resolution of the above-captioned matter through private mediation. The parties are currently meeting and conferring regarding the selection of a private mediator and intend to schedule a private mediation in September, 2005.

2. Pending the Court's approval, the parties agree to continue the Case Management Conference for the above-captioned matter to occur after the private mediation. The parties agree to continue the initial Case Management Conference currently set for August 19, 2005 at 2:00 p.m. to September 30, 2005 at 2:00 p.m. or alternatively, to a date and time in September, 2005 that is convenient for the Court. The parties will inform the Court if this matter is resolved through private mediation before the initial Case Management Conference occurs.

**IT IS SO STIPULATED.**

Dated: August 5, 2005                               BARGER & WOLEN LLP


By:  /s/ Kathleen E. Dyer
     J. Russell Stedman
     Jordan S. Altura
     Kathleen E. Dyer
     Attorneys for Defendant
     METROPOLITAN LIFE INSURANCE
     COMPANY

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

I:\office7\7197\092\05Pleadings\Stipulation Continuing CMC.doc    2    C 05 1587 SI
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: August 8, 2005 | FULBRIGHT & JAWORSKI L.L.P |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Rachel G. Clingman |
| | | Attorneys for Defendant |
| 5 | | SOLVAY AMERICA, INC. |
| | | EMPLOYEE WELFARE PLAN |
| 6 | | |
| 7 | Dated: August ___, 2005 | SHERNOFF BIDART & DARRAS, LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Frank N. Darras |
| | | Michael B. Horrow |
| 11 | | Attorneys for Plaintiff |
| | | JEFFREY G. KING |

The initial Case Management Conference for the above-captioned matter is hereby continued to September 30, 2005 at 2 pm a.m./p.m.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

GRANTED
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BARGER & WOLEN LLP
850 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

\\bwladata\lao\office7\7197\093\05Pleadings\Stipulation Continuing CMC.doc    3    C 05 1587 SI
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Case 3:05-cv-01587-SI   Document 18   Filed 08/10/05   Page 4 of 4
Case 3:05-cv-01587-SI   Document 17   Filed 08/08/2005   Page 4 of 4

From: S B D.CLMNT                7020                08/05/2005 09:14 #165 P.005/005
AUG. 5. 2005 10:28AM                                                NO. 2711   P. 4/4

| | |
|---|---|
| Dated: August ___, 2005 | FULBRIGHT & JAWORSKI L.L.P |
| | By: _____<br>Rachel G. Clingman<br>Attorneys for Defendant<br>SOLVAY AMERICA, INC.<br>EMPLOYEE WELFARE PLAN |
| Dated: August 8, 2005 | SHERNOFF BIDART & DARRAS, LLP |
| | By: _____<br>Frank N. Darras<br>Michael B. Horrow<br>Attorneys for Plaintiff<br>JEFFREY G. KING |

The initial Case Management Conference for the above-captioned matter is hereby continued to September ___, 2005 at _____ a.m./p.m.

IT IS SO ORDERED.

Dated: _____

HONORABLE SUASAN ILLSTON
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

\\swdata\lue\n\cases\7171P74P1\945Pleadings\Stipulation Continuing CMC.doc    3
C 05 1587 SI
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE