```
 1  J. Russell Stedman (117130)
    Kathleen E. Dyer (227216)
 2  BARGER & WOLEN LLP
    650 California Street, 9th Floor
 3  San Francisco, California 94108
    Telephone: (415) 434-2800
 4  Facsimile: (415) 434-2533

 5  Attorneys for Defendant
    METROPOLITAN LIFE INSURANCE
 6  COMPANY

 7  Rachel G. Clingman (00784125)
    Fulbright & Jaworski LLP
 8  1301 McKinney, Suite 5100
    Houston, Texas 77010
 9  Telephone: (713) 651-5513
    Facsimile: (713) 651-5246
10
    Attorneys for Defendant
11  SOLVAY AMERICA, INC. EMPLOYEE
    WELFARE PLAN
12
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY G. KING | CASE NO.: C 05 1587 SI |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY; SOLVAY AMERICA, INC. EMPLOYEE WELFARE PLAN, | |
| Defendants. | |

Defendant Solvay America, Inc. Employee Welfare Plan hereby substitutes J. Russell Stedman and Kathleen E. Dyer of Barger & Wolen LLP located at 650 California Street, 9th Floor, San Francisco, California 94108, duly admitted to practice law in the United States District Court for the Northern District of California, as attorneys of record in the place and stead of Rachel G.

///

---

I:\office7\7197\092\05Pleadings\Substitution of Attorney.doc

SUBSTITUTION OF ATTORNEY

C 05 1587 SI

Clingman of Fulbright & Jaworski LLP.

Dated: September 28, 2005   By: /s/ Counsel Rachel Clingman
SOLVAY AMERICA, INC.
EMPLOYEE WELFARE PLAN

Dated: September 28, 2005   BARGER & WOLEN LLP

By: /s/ Kathleen E. Dyer
J. Russell Stedman
Kathleen E. Dyer
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY and New Attorneys for
Defendant SOLVAY AMERICA, INC.
EMPLOYEE WELFARE PLAN

Dated: September 28, 2005   FULBRIGHT & JAWORSKI L.L.P

By: /s/ Rachel G. Clingman
Rachel G. Clingman
Present Attorneys for Defendant
SOLVAY AMERICA, INC.
EMPLOYEE WELFARE PLAN

**IT IS SO ORDERED.**

Dated: _____

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Susan Illston

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

\\bwindata\lao\office7\71971092\05Pleadings\Substitution of Attorney.doc   2   C 05 1587 SI
SUBSTITUTION OF ATTORNEY